1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9    Rosalio Monge, Jr.,                              No. CV-25-00092-TUC-RM

10                    Plaintiff,                        **ORDER**

11   v.

12   Daniel Morales, et al.,

13                    Defendants.

14

15          Pending before the Court are Plaintiff's Motion to Appoint Counsel (Doc. 10) and

16   Motion to Request Subpoenas (Doc. 11).

17   **I.      Motion to Appoint Counsel**

18          There is no constitutional right to the appointment of counsel in a civil case. *See*

19   *Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). In proceedings

20   in forma pauperis, the court may request an attorney to represent any person unable to

21   afford one. 28 U.S.C. § 1915(e)(1). Appointment of counsel under 28 U.S.C. § 1915(e)(1)

22   is required only when "exceptional circumstances" are present. *Terrell v. Brewer*, 935 F.2d

23   1015, 1017 (9th Cir. 1991). A determination with respect to exceptional circumstances

24   requires an evaluation of the likelihood of success on the merits as well as the ability of the

25   plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.

26   *Id.* "'Neither of these factors is dispositive and both must be viewed together before

27   reaching a decision.'" *Id.* (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir.

28   1986)).

1    Plaintiff does not address either factor in his Motion to Appoint Counsel. (*See* Doc.

2    10.)   The Court has considered both factors and finds that there are no exceptional

3    circumstances requiring the appointment of counsel at this time.  Plaintiff appears to be in

4    no different position than most pro se litigants with respect to his ability to articulate his

5    claims in light of the complexity of this case.  Furthermore, Plaintiff's likelihood of success

6    on the merits is unclear at this early stage of the case.  The Court will deny Plaintiff's

7    request for counsel without prejudice to refiling later in these proceedings.

8    **II.    Motion to Request Subpoenas**

9    Plaintiff asks the Court to issue two subpoenas, one addressed to the Tucson Police

10   Department and the other addressed to Banner University Medical Center South.  (Doc.

11   11.)   Pursuant to General Order 18-19, a self-represented litigant seeking to serve a

12   subpoena must file a written motion that (1) explains why the litigant seeks the testimony

13   and documents at issue, and (2) sets forth the name and address of the witness to be

14   subpoenaed and the custodian and general nature of any documents requested.  The litigant

15   must also attach a copy of the proposed subpoena to the Motion.

16   Plaintiff has not attached copies of his proposed subpoenas to his Motion.

17   Furthermore, the Motion is premature, as Defendants have not yet appeared in this action,

18   a scheduling order has not yet issued, and discovery has not yet commenced.  Accordingly,

19   the Court will deny Plaintiff's Motion without prejudice and with leave to refile after the

20   commencement of discovery in this action.  Any refiled motion must include copies of

21   Plaintiff's proposed subpoenas.  To assist Plaintiff in complying with General Order 18-

22   19, the Court will direct the Clerk of Court to mail Plaintiff two blank subpoenas.

23   . . . .

24   . . . .

25   . . . .

26   . . . .

27   . . . .

28   . . . .

1      **IT IS ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 10) and Motion

2      to Request Subpoenas (Doc. 11) are **denied without prejudice**.  The Clerk of Court is

3      directed to mail Plaintiff two blank subpoenas to produce documents (Form AO 88B).

4                Dated this 8th day of December, 2025.

5

6

7

8                                                      _____

9                                                      Honorable Rosemary Márquez
                                                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28